## Sloan v. Hinesley *et al.*

*Appeal from Mahaska District Court — Monday, July* 25.

This case, involving the validity of a sheriff's sale, turned entirely upon a question of fact, and the judgment of the court below was affirmed as being sustained by the evidence — Wright, J., delivering the opinion.

*Lacey & Shepherd* for the appellant — *Seevers & Cutts* for the appellee.